In the Matter of the Application of BRIDGEVILLE FARMS, INC., for an Order of Certiorari against CHARLES H. BALDWIN and Others, as and Constituting the Milk CONTROL BOARD OF THE STATE OF NEW YORK.— Respondent's motion to vacate the order of certiorari dated July 21, 1933, is denied. The stay therein contained is continued until the final determination. The petitioner's motion to strike the affidavit of Korobkin from the return and respondent's motion to strike from the petition and the affidavit the allegations referring to said Korobkin and his failure to appear before the Milk Control Board are granted. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., concur in that portion of the decision striking the affidavit of Korobkin from the return and striking from the petition and the affidavit accompanying the same the allegations referring to said Korobkin and his failure to appear before the Milk Control Board; and dissent from that portion of the decision which denies respondent's motion to vacate the order of certiorari dated July 21, 1933.

In the Matter of the Claim of JOHN G. DEGENFELDER, Appellant, against H. G. VOGEL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion to remit matter for resettlement of the proposed case dismissed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CARMELO ODDO, Respondent, against ELISE FROMM, Respondent, and ROYAL INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Decision amended so as to also award costs to the employer, respondent, against the insurance carrier, appellant, with ten dollars costs to the employer against the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See 239 App. Div. 870.]

In the Matter of the Claim of MOLLIE RICHARDS, Respondent, against J. A. MAHLSTEDT LUMBER AND COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals dismissed, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRASER MOSLEY, Respondent, against Estate of MORITZ H. ROSENSTEIN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.